UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY E. MARTINEZ,<br><br>                       Plaintiff<br><br>v.<br><br>ARNOLD TOOMBS, *et al.*,<br><br>                       Defendants | Case No. 2:23-cv-01048-GMN-BNW<br><br>**ORDER** |

       Plaintiff seeks an extension of time to submit his financial certificate and inmate account statement. (ECF No. 7). The Court grants the motion. Plaintiff has until **November 30, 2023**, to submit a completed financial certificate that is signed both by the inmate and the prison official and a copy of the inmate's trust fund account statement for the previous six-month period.

       It is therefore ordered that the motion for extension of time (ECF No. 7) is granted.

       It is further ordered that Plaintiff has **until November 30, 2023,** to either pay the full $402 filing fee <u>or</u> file a completed financial certificate that is signed both by the inmate and the prison official and a copy of the inmate's trust fund account statement for the previous six-month period.

       Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

       The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

       DATED: October 19, 2023

                                                                            UNITED STATES MAGISTRATE JUDGE