**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY E. MARTINEZ,<br><br>                Plaintiff,<br>vs.<br><br>ARNOLD TOOMBS, et al.<br><br>                Defendants. | Case No.: 2:23-cv-01048-GMN-BNW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 32), of United States Magistrate Judge Brenda Weksler, which recommends dismissing Plaintiff's case without prejudice. Plaintiff failed to comply with an order directing him to update his address. (*See* Minute Order, ECF No. 27). Moreover, he has not participated in this case since May of last year. (*See* R&R. ECF No. 32).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

1     Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF
2 No. 32) (setting an April 1, 2025, deadline for objections).
3     Accordingly,
4     **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 32), is
5 **ACCEPTED and ADOPTED** in full.
6     **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.
7     Dated this __8__ day of April, 2025.

                                                                     _____
                                                                     Gloria M. Navarro, District Judge
                                                                     United States District Court